NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3277

DANNY R. DAVIDSON,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board
in DC0831090474-I-1.

ON MOTION

ORDER

Upon consideration of the court's order reforming the official caption,

IT IS ORDERED THAT:

The Merit Systems Protection Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

NOV 1 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Danny R. Davidson
     Joyce Friedman, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 9 2009

JAN HORBALY
CLERK